```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al. | ) ) ) | NO.  C 09 1332 JCS |
| Plaintiffs, | ) ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) ) | |
| SIMI MANAGEMENT CORP., a corporation, doing business as CONNELL AUTO CENTER JEEP/ CHRYSLER | ) ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED that the Case Management Conference in this case set for March 19, 2010 be continued to  May 14 , 2010 at 1:30 ~~4:00~~ p.m. in Courtroom A, 15th Floor, San Francisco, CA 94102.

Dated: 3/11/10

_____
Honorable J_____ Spero

*Judge Joseph C. Spero*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE