1 | ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
3 | San Francisco, CA  94104
Telephone:  (415) 392-5431
4 |
Attorneys for Plaintiffs
5 |

6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | BOARD OF TRUSTEES OF THE AUTOMOTIVE )      NO.  C 09 1332 JCS
INDUSTRIES, et al.                   )
12 |                                      )
                    Plaintiffs,      )      ORDER TO CONTINUE CASE
13 |                                      )      MANAGEMENT CONFERENCE
          vs.                        )
14 |                                      )
SIMI MANAGEMENT CORP., a             )
15 | corporation, doing business as      )
CONNELL AUTO CENTER JEEP/ CHRYSLER   )
16 |                                      )
                                     )
17 |                    Defendant.      )
_____

18 |

19 |         IT IS ORDERED that the Case Management Conference in this

case set for March 19, 2010 be continued to ___May 14_____, 2010 at
20 |  1:30
4:00 p.m. in Courtroom A, 15th Floor, San Francisco, CA 94102.
21 |
           3/11/10
Dated:_____
22 |
                              _____
23 |                              Honorable J.     Spero

24 |                                     Judge Joseph C. Spero

25 |

26 |

27 |

28 |


ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE