```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SIMI MANAGEMENT CORP, a corporation doing business as CONNELL AUTO JEEP/CHRYSLER<br><br>　　　　Defendant. | NO.  C 09 1332 JCS<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |

　　　　The parties have agreed that mediation is appropriate in this case, but could not take place on May 11, 2010 due to illness. It would be a waste of the Court's time to hold a conference before the mediation takes place.

　　　　IT IS STIPULATED that the Case Management Conference be continued from May 14, 2010 to July 16, 2010 at 1:30 p.m. in Courtroom A, 450 Golden Gate Avenue, San Francisco.

////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER　　　　1

```
1  Date:      May 10, 2010              ERSKINE & TULLEY
                                        A PROFESSIONAL CORPORATION
2

3                                       By: /s/Michael J. Carroll
                                            Michael J. Carroll
4                                           Attorneys for Plaintiffs

5  Date:      May 10, 2010              KAY & MERKEL, LLP

6
                                        By: /s/ Douglas A. Marshall
7                                           Douglas A. Marshal
                                            Attorneys for Defendant
8
   ORDER
9
   IT IS TO ORDERED
10                                                              _____ C. Spero

11   Dated: May 11, 2010
```

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER          2