ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND, et al., <br><br> Plaintiff, <br><br> vs. <br><br> SIMI MANAGEMENT CORP, a corporation doing business as CONNELL AUTO JEEP/CHRYSLER <br><br> Defendant. | NO. C 09 1332 JCS <br><br> STIPULATION FOR CONDITIONAL DISMISSAL ORDER |

     The parties having advised the Court that they have agreed to a settlement, but that it will take time to finalize.

     IT IS HEREBY STIPULATED that this action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 30 days from the date hereof, that the necessary paperwork has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

| | | |
|---|---|---|
| 1 | DATED: July 13, 2010 | ERSKINE & TULLEY<br>A PROFESSIONAL CORPORATION |
| 2 | | |
| 3 | | By: /s/Michael J. Carroll |
| 4 | | Michael J. Carroll<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | DATED: July 13, 2010 | KAY & MERKEL, LLP |
| 7 | | |
| 8 | | By: /s/Douglas A. Marshall<br>Douglas A. Marshall<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

DATED: 07/14/10

_____
JUDGE Joseph C. Spero

STIPULATION FOR CONDITIONAL DISMISSAL ORDER
2